BELVA J. MARTIN, PERSONAL REPRESENTATIVE OF THE ESTATE OF
WAYNE M. MARTIN, DECEASED, APPELLANT, V. JOSEPH DAVID,
APPELLEE.
456 N.W.2d 294

Filed June 15, 1990.   No. 88-835.

William A. Wieland, of Healey, Wieland, Kluender, Atwood, Jacobs & Geier, for appellant.

Thomas J. Shomaker and Craig W. Feil, of Sodoro, Daly & Sodoro, for appellee.

HASTINGS, C.J., BOSLAUGH, WHITE, CAPORALE, SHANAHAN, GRANT, and FAHRNBRUCH, JJ.

PER CURIAM.
Upon consideration of the record, briefs, and recommendation of the Appellate Division of the District Court, we find that the trial court abused its discretion in the admission of opinion testimony, and therefore the judgment of the district court is reversed and the cause remanded for a new trial.

REVERSED AND REMANDED FOR A NEW TRIAL.